# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY, a/s/o MELISSA HECKMAN,<br><br>Plaintiff,<br><br>v.<br><br>BROAN-NUTONE LLC; JAKEL MOTORS INCORPORATED; and DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendant. | Case No. 5:16-cv-02311 JGB (DTBx)<br><br>**ORDER FOLLOWING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action filed:   September 30, 2016 |

BM07-0000158

12450747.1                                1

Having considered the Joint Stipulation for Dismissal with Prejudice submitted by plaintiff MID-CENTURY INSURANCE COMPANY and defendants BROAN-NUTONE LLC and JAKEL MOTORS INCORPORATED (collectively, the "Parties"), regarding the Parties having satisfactorily resolved their disputes, the Court Orders as follows:

The complaint in this matter is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own fees and costs.

Dated: October 19, 2017

By: _____
Honorable Jesus G. Bernal
Judge, United States District Court

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

*Mid-Century Insurance Company a/s/o Melissa Heckman v. Broan-Nutone LLc, et al.*
Case No. Case No. 5:16-cv-02311 JGB (DTBx)

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, CA 90071.

On October 19, 2017, I served true copies of the following document(s) described as **[PROPOSED] ORDER FOLLOWING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

Jay D. Harker
CLAUSEN MILLER P.C.
17901 Von Karman Avenue, Suite 650
Irvine, CA 92614

Phone: 949.260.3100
Fax: 949.260.3190
Email: jharker@clausen.com

Attorneys for Plaintiff, Mid-Century Insurance Company

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 19, 2017, at Los Angeles, California.

Lisa R. Muzycka